# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| Amy Alloways, Christy McGhee, Mischele Higginson <br> *Plaintiff* <br> v. <br> The Cruise Web, Inc. <br> *Defendant* | Civil Action No. 8:17-cv-02811-PJM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE CRUISE WEB, INC.
3901 Calverton Boulevard, Suite 350
Calverton, MD 20705

Serve: Frans G. Hansen, R.A.
1 Old Station Road
Severna Park, MD 21146

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Benjamin L. Davis, III, Esq.
The Law Offices of Peter T. Nicholl
36 South Charles Street, Suite 1700
Baltimore, Maryland 21201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: 09/26/2017

*Signature of Clerk or Deputy Clerk*