IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | | |
|---|---|---|
| AMY ALLOWAYS, *et al.*, | : | Civil Action No.: |
| | : | 1:17-CV-02811-PJM |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| THE CRUISE WEB, INC., | : | |
| | : | |
| Defendant. | : | |
| | : | |

PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY
APPROVAL OF THE CLASS ACTION SETTLEMENT AND
UNOPPOSED MOTION TO APPROVE SETTLEMENT AGREEMENT AND RELEASE
OF WAGE CLAIMS UNDER FEDERAL AND MARYLAND LAW

Plaintiffs Amy Alloways, Mischele Higginson, and Christy McGee (hereinafter, "Plaintiffs") pursuant to Federal Rule of Civil Procedure 23(e), respectfully move for preliminary approval of the accompanying "Class Action Settlement Agreement," approval of the class action notice plan and protocols described therein, certification of the settlement class, and appointment of the undersigned law firm as class counsel.

In addition, Plaintiffs move the Court to enter an Order dismissing with prejudice their wage-related claims under the Fair Labor Standards Act, 29 U.S.C. §201 et seq. ("FLSA), the Maryland Wage and Hour Law, Md. Code Ann. Labor & Employment, §3-401, et. seq. ("MWHL"), and the Maryland Wage Payment and Collection Law, Md. Code Ann. Labor & Employment, §3-501, et. seq. ("MWP&CL").

This motion is supported by the attached Memorandum of Law in Support of, as well as the Declaration of Plaintiffs' counsel, Benjamin L. Davis. For the reasons stated in the Memorandum of Law, the Court should grant this Motion, as set forth in the accompanying

1

proposed Order.

Dated:  October 26, 2018                    Respectfully submitted,


/s/ *Benjamin L. Davis III*
Benjamin L. Davis
Maryland Bar No. 29774
bdavis@nicholllaw.com
The Law Offices of Peter T. Nicholl
36 South Charles Street, Suite 1700
Baltimore, MD 21201
T – 410-244-7005
F – 410-244-8454

ATTORNEY FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that, on this 26TH day of October 2018, a copy of the foregoing **PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT AND UNOPPOSED MOTION TO APPROVE SETTLEMENT AGREEMENT AND RELEASE OF WAGE CLAIMS UNDER THE FEDERAL AND MARYLAND LAW** was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

William F. Allen
Littler Mendelson, P.C.
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006

/s/ *Benjamin Davis*
Benjamin Davis