IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

|  |  |  |
|---|---|---|
| AMY ALLOWAYS, *et al.*, | : | Civil Action No.: |
|  | : | 1:17-CV-02811-PJM |
| Plaintiffs, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| THE CRUISE WEB, INC., | : |  |
|  | : |  |
| Defendant. | : |  |
|  | : |  |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF
THE CLASS/COLLECTIVE ACTION SETTLEMENT**

Plaintiffs Amy Alloways, Mischele Higginson and Christy McGee (hereinafter, "Plaintiffs"), pursuant to Federal Rule of Civil Procedure 23(e), respectfully move the Court to enter an Order approving the final settlement agreement that the parties have reached and dismiss, with prejudice, Plaintiffs' and the class' wage-related claims under the Fair Labor Standards Act, 29 U.S.C. §201, *et seq*. ("FLSA), Maryland Wage and Hour Law, Md. Code Ann. Labor & Employment, §3-401, *et. seq*. ("MWHL") and the Maryland Wage Payment and Collection Law, Md. Code Ann. Labor & Employment, §3-501, *et. seq*. ("MWP&CL"). For the reasons stated in the attached Memorandum of Law, the Court should grant this Motion, as set forth in the accompanying proposed Order.

Respectfully submitted,

/s/ *Benjamin L. Davis III*
Benjamin L. Davis, III
bdavis@nicholllaw.com

1

The Law Offices of Peter T. Nicholl
36 South Charles Street, Suite 1700
Baltimore, MD 21201
T – 410-244-7005
F – 410-244-8454

*Attorney for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that, on this 25th day of February 2019, a copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

William F. Allen<br>
Joshua B. Waxman<br>
Littler Mendelson, P.C.<br>
815 Connecticut Avenue, NW, Suite 400<br>
Washington, DC 20006

       /s/*Benjamin Davis*
       Benjamin Davis