**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division**

| | |
|---|---|
| **AMY ALLOWAYS,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. CBD-17-2811 |
| ) | |
| **THE CRUISE WEB, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

Plaintiffs Amy Alloways ("Alloways"), Michele Higginson ("Higginson"), and Christy McGee ("McGee") (hereinafter collectively "Plaintiffs"), on behalf of themselves and other similarly situated individuals, brought suit against Defendant The Cruise Web, Inc. ("Defendant"), alleging violations under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, the Maryland Wage and Hour Law ("MWHL"), Md. Code Ann., Lab. & Empl. §§ 3-401, *et seq.*, and the Maryland Wage Payment and Collection Law ("MWPCL"), Md. Code Ann., Lab. & Empl. §§ 3-501, *et seq.*, for failure to pay minimum wage and overtime compensation. Pls.' Class & Collective Compl. for Wages Owed ("Pls' Compl."), ECF No. 1. Plaintiffs brought these claims as a collective action under the FLSA, 29 U.S.C. § 216(b), and as a class action under Federal Rule of Civil Procedure 23. Plaintiffs sought damages from Defendant, including liquidated and treble damages. On February 22, 2018, the Court approved the parties' Stipulation and Joint Motion Regarding Conditional Certification, which conditionally certified the case as a collective class action under the FLSA. *See* Paperless Order Approving Parties' Stipulation & Joint Mot. Regarding Conditional Certification, Messitte, J.,

ECF No. 21; Findings of Fact & Conclusions of Law & Order Approving Conditional Certification of Class ("Order Approving Conditional Certification of Class"), ECF No. 23. Plaintiffs and Defendant eventually reached a settlement, and on October 26, 2018, Plaintiffs filed an unopposed motion seeking preliminary approval of the parties' agreement. Pls.' Unopposed Mot. for Preliminary Approval of the Class Action Settlement & Unopposed Mot. to Approve Settlement Agreement & Release of Wage Claims Under Fed. & Md. Law ("Pls.' Unopposed Mot. for Preliminary Approval"), ECF No. 46. Attached to that motion as an exhibit was a copy of the settlement agreement. Class Action Settlement Agreement ("Settlement Agreement"), ECF No. 46-3. After a telephone conference, this Court granted the parties' motion. Paperless Order Granting Mot. for Settlement ("Preliminary Approval Order"), Day, J., Dec. 20, 2018, ECF No. 48.

Currently pending before the Court is Plaintiffs' Unopposed Motion for Final Approval of the Class/Collective Action Settlement ("Pls.' Unopposed Mot. for Final Approval"), ECF No. 50. Plaintiffs seek an order that: (1) grants final approval of the Settlement Agreement between Plaintiffs and Defendant in the total gross amount of $60,000.00; (2) grants final certification of the settlement class pursuant to Federal Rule of Civil Procedure 23; (3) grants final certification of this matter as a collective action pursuant to 29 U.S.C. § 216(b); (4) approves a payment of $32,000.00 to class counsel for their attorneys' fees and litigation expenses; (5) approves an incentive payment totaling $6,000.00 to be divided as outlined in the Settlement Agreement to Plaintiffs McGhee, Alloways, Higginson, and Derek Cade;[1] and, (6) dismisses this action with prejudice. Pursuant to Federal Rule of Civil Procedure 23(f), a Final Fairness and Approval

---

[1] Plaintiff Derek Cade ("Cade") filed a consent to be a plaintiff in the lawsuit on April 10, 2018, during the 60-day opt-in period. Consent to Be a Party Pl., ECF No. 29.

Hearing ("Fairness Hearing") took place on March 4, 2019, at which counsel for both parties were present. ECF No. 51. At the request of the Court, the parties each submitted supplemental filings with additional information necessary to make a determination on this matter. *See* Def.'s Supplemental Statement in Supp. of Unopposed Mot. for Final Approval, Mar. 4, 2019, ECF No. 52; Pls.' 2d Supplement in Supp. of Their Unopposed Mot. for Final Approval, Mar. 5, 2019, ECF No. 53.

For the reasons stated in the accompanying memorandum, on this 26th day of April 2019, the Court hereby **GRANTS** Plaintiff's Unopposed Motion, **APPROVES** the parties' Settlement Agreement without modification, and orders this case be **DISMISSED WITH PREJUDICE**. In making this decision, the Court offers no opinion on the merits of Plaintiffs' underlying claims or Defendant's raised defenses.

April 29, 2019                                                           /s/
                                                                    Charles B. Day
                                                                    United States Magistrate Judge

CBD/clc